IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNY VANDERVEEN, co-personal representative of the Estate of Kenneth J. Vanderveen, deceased, and ANDREW VANDERVEEN, co-personal representative of the Estate of Kenneth J. Vanderveen, deceased,<br><br>        Plaintiffs,<br><br>    v.<br><br>JWANNA Y. GILZEANE, et. al.,<br><br>        Defendants. | 4:11CV5004<br><br>MEMORANDUM AND ORDER |

The corporate disclosure statement for American Transportation Services, LLC, (filing no. 13), is incomplete.

Accordingly,

IT IS ORDERED that on or before June 14, 2011, defendant American Transportation Services, LLC shall supplement its corporate disclosure statement to identify the state of citizenship of each of its members.

DATED this 7th day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge