IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ESTATE OF KENNETH J. VANDERVEEN, Deceased, By and Through Co-Personal Representatives Kenny Vanderveen and Andrew Vanderveen, <br><br> Plaintiffs, <br><br> vs. <br><br> JWANNA Y. GILZEANE and RONALD R. GILZEANE, Wife and Husband, RONGIL TRANSPORTATION, LLC, a Georgia Corporation; <br><br> FREEDOM FUNDING AND LEASING, INC., a Georgia Corporation; <br><br> R+L CARRIERS, INC., an Ohio Corporation; R+L TRANSFER, INC., an Ohio Corporation, GREENWOOD MOTOR LINES, INC., a South Carolina Corporation; <br><br> AMERICAN TRANSPORTATION SERVICES, LLC, a Florida Corporation, and PARAMOUNT FREIGHT SYSTEMS, LLC, an Ohio Corporation, <br><br> Defendants. | Case No. CI 4:11-cv-5004 <br><br><br><br> **JUDGMENT OF DISMISSAL** |

     This matter is before the Court upon the Stipulation and Joint Motion of the parties for dismissal, Filing No. __31__. Upon consideration of said Stipulation and Joint Motion, the Court finds that the order should be entered accordingly.

     IT IS THEREFORE ORDERED that the plaintiffs' Complaint and all claims for relief or causes of action stated therein against the defendants should be, and is hereby dismissed with prejudice, attorneys' docket fee waived, and with costs taxed to the parties incurring the same.

Dated this 26th day of October, 2011.

                                      **BY THE COURT:**

                                  *Richard G. Kopf*
                                **United States District Judge**

544632